IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGELINEL BROWN**, <br><br> Plaintiff, <br><br> *v.* <br><br> **CITY OF PHILADELPHIA,** et al., <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 20-421-KSM** |

# ORDER

**AND NOW**, this 27th day of May, 2021, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 36); the submissions of Plaintiff that were not stricken, per this Court's May 3, 2021 Order (Doc. No. 38, Doc. No. 41 pp. 13–142, and Doc. No. 45); the oral argument on the motion; and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (Doc. No. 36) is **GRANTED** with respect to Plaintiff's free speech retaliation claim and **DENIED** with respect to Plaintiff's political patronage claim.

2. Defendants' Motions to Dismiss (Doc. Nos. 26 & 27) are **DENIED as moot**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.